JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| STEVEN JOHN PEREZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PEOPLE OF THE STATE OF CALIFORNIA, et al.,<br><br>　　　　Defendants. | No. CV 20-2528-DSF (PLA)<br><br>**ORDER DISMISSING CASE WITHOUT PREJUDICE** |

On March 18, 2020, plaintiff filed a pro se civil rights action herein pursuant to 42 U.S.C. § 1983. Plaintiff did not pay the filing fee or submit a Request to Proceed Without Prepayment of Filing Fees. (ECF Nos. 1, 3). On March 20, 2020, the Court declined to waive the filing fees and ordered plaintiff to pay the filing fees in full within 30 days of the date of that Order in order to avoid immediate dismissal. As of the date of this Order, plaintiff has failed to pay the fees, and his time for doing so has expired. Accordingly, the case is now **dismissed without prejudice**.

DATED: April 21, 2020

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　HONORABLE DALE S. FISCHER
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE